No. 389. EX PARTE ENRIQUE LEFEBRE.—Solicitud para que

se apruebe la fianza notarial prestada por la National Surety Company el 13 de mayo de 1913. Resuelto en mayo 19, 1913: Aprobada dicha fianza. El peticionario compareció en nombre propio.